```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    354
                            INMATE SUMMARY AS OF 06/06/2006                CODE:  CRSUM

***************************************************************************

AIS: 00198389S   INMATE: CALHOUN, LEANDER                     RACE: B   SEX: M

INST: 354 - PINE PRAIRIE COR CTR (LA)      DORM: 0D   JAIL CR: 000Y 00M 10D

DOB: 04/19/1965   SSN: 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                    PREVIOUS AIS: P0035829

ADM DT: 04/30/1998  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: REMOVED FROM SEGREGATION

CURRENT CUST: MED-9   CURRENT CUST DT: 11/12/1998   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:  10/14/1998
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

COUNTY       SENT DT   CASE NO    CRIME                        JL-CR      TERM
TALLADEGA   10/14/98  N97000315  ATTEMPTED RAPE I             00100 020Y 00M 00D CS
    ATTORNEY FEES : $000220      HABITUAL OFFENDER : N
    COURT COSTS   : $000314      FINES : $0000000    RESTITUTION : $0000050

 TOTAL TERM        MIN REL DT      GOOD TIME BAL    GOOD TIME REV      LONG DATE
 020Y 00M 00D     10/03/2018      000Y 00M 00D     000Y 00M 00D       10/03/2018

INMATE LITERAL:
***************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
***************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
***************************************************************************

DISCIPLINARY/CITATION SUMMARY

    INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

"A"