| State of Alabama<br>Unified Judicial System<br><br>Form C-44C (front)   Rev. 8/95 | EXPLANATION OF RIGHTS AND<br>PLEA OF GUILTY<br>(Habitual Offender -- Circuit or District Court) | Case Number<br><br>CC-97-315 |
|---|---|---|

IN THE ___Circuit___ COURT OF ___Talladega___ COUNTY, ALABAMA
    (Circuit, or District)                    (Name of County)

STATE OF ALABAMA   v.   ___Leander Calhoun___
                                          Defendant

**TO THE ABOVE-NAMED DEFENDANT:** The Court being informed that you wish to enter a plea of guilty in this case, this is to inform you of your rights as a criminal defendant.

### PENALTIES APPLICABLE TO YOUR CASE

You are charged with the crime of ___Attempted Rape First___ which is a Class ___A___ Felony. The Court has been informed that you desire to enter a plea of guilt to ☒ this offense or ☐ to the crime of _____ which is a Class _____ ☐ Felony ☐ Misdemeanor. The sentencing range for the above crime(s) is set out below:

| MISDEMEANOR | | FELONY | |
|---|---|---|---|
| Class A | Up to one (1) year imprisonment in the county jail, or a fine up to $2000, or both. | Class A | Not less than ten (10) years and not more than life or ninety-nine (99) years imprisonment in the state penitentiary, and may include a fine not to exceed $20,000. |
| Class B | Up to six (6) months imprisonment in the county jail, or a fine up to $1000, or both | Class B | Not less than two (2) years and not more than twenty (20) years imprisonment in the state penitentiary, and may include a fine not to exceed $10,000. |
| Class C | Up to three (3) months imprisonment in the county jail, or a fine not to exceed $500, or both | Class C | Not less than one (1) year and one (1) day and not more than ten (10) years imprisonment in the state penitentiary, and may include a fine not to exceed $5,000. |

You will also be ordered to pay an additional monetary penalty for the use and benefit of the Alabama Crime Victims Compensation Commission of not less than $50 and not more than $10,000 for each felony and $25 and not more than $1,000 for each misdemeanor for which you are convicted. This crime is also subject to the following enhancements or additional penalties as provided by law: (Provisions Checked Apply To Your Case)

As a reported Habitual Offender, you are further advised that the Alabama Habitual Offender Act, §13A-5-9, provides the following enhanced punishment for anyone who has been previously convicted of one or more felonies and who then is convicted of a subsequent felony.

| Prior Felonies →<br>This offense ↓ | No<br>Prior Felonies | One<br>Prior Felony | Two<br>Prior Felonies | Three +<br>Prior Felonies |
|---|---|---|---|---|
| Class C Felony | 1 Yr. & 1 Day — 10 Years<br>In State Penitentiary<br>Fine Up To $5000 | 2 — 20 Years In State Penitentiary<br>Fine Up To $10,000 | 10 Years — Life or 99 Years In State Penitentiary<br>Fine Up To $20,000 | 15 Year — Life or 99 Years In State Penitentiary<br>Fine Up To _____ * |
| Class B Felony | 2 — 20 Years In State Penitentiary<br>Fine Up To $10,000 | 10 Years — Life or 99 Years In State Penitentiary<br>Fine Up To $20,000 | 15 — Years Life or 99 Years In State Penitentiary<br>Fine Up To _____ * | Mandatory<br>Life Imprisonment<br>Fine Up To _____ * |
| Class A Felony | 10 Years — Life or 99 Years In State Penitentiary<br>Fine Up To $20,000 | 15 Years — Life or 99 Years In State Penitentiary<br>Fine Up To _____ * | Life Imprisonment or Any Term Of Years Not Less Than 99<br>Fine Up To _____ * | Mandatory Imprisonment<br>For Life Without Possibility of Parole<br>Fine Up To _____ * |

☐ **Enhanced Punishment For Use Of Firearm Or Deadly Weapon:** §13A-5-6, *Code of Alabama* 1975, provides for the enhancement of a punishment where a "firearm or deadly weapon was used or attempted to be used in the commission of a felony." This section provides for the following punishment in such event: For the commission of a Class A Felony, a term of imprisonment of not less than 20 years; For the commission of a Class B Felony, a term of imprisonment of not less than 10 years; For the commission of a Class C Felony, a term of imprisonment of not less than 10 years.

☐ **Enhanced Punishment for Drug Sale Near Housing Project:** §13A-12-270, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public housing project owned by a housing authority must be punished by an <u>additional</u> penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Drug Sale Near School:** §13A-12-250, *Code of Alabama* 1975, provides that any person who is convicted of unlawfully selling any controlled substance within a three (3) mile radius of a public or private school, college, university or other educational institution, must be punished by an <u>additional</u> penalty of five years' imprisonment for each violation.

☐ **Enhanced Punishment For Sale Of Controlled Substance To One Under 18:** §13A-12-215, *Code of Alabama* 1975, provides that anyone convicted of selling, furnishing or giving away a controlled substance to one who has not yet attained the age of 18 years, shall be guilty of a Class A Felony <u>and the punishment imposed shall not be suspended or probation granted.</u>

\* Fine Amount to be Filled in by the Court.

(B)