```
                    STATE OF ALABAMA
               BOARD OF PARDONS AND PAROLES
                  301 S. RIPLEY STREET
                     P.O. BOX 302405
             MONTGOMERY, ALABAMA  36130 - 2405
                CENTRAL OFFICE (334) 242 - 8700
                        06-22-2006
```

LEANDER CALHOUN
198389
PINE PRAIRIE COR CTR (LA)
P O BOX 650
PINE PRAIRIE LA  70576


YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT
AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR
FURTHER CONSIDERATION DURING THE MONTH OF 06/2008.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES
IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE
ACCORDED.


                                   YOURS VERY TRULY,



                                   WILLIAM C. SEGREST
                                   EXECUTIVE DIRECTOR

WCS/CRM

CC:   WARDEN
      CLASSIFICATION

"C"