In The United States District Court For The Middle of Alabama, Northern Division

Leander Calhoun
    Plaintiff,

vs.   Civil Action No. 2:06cv613-F

Central Review Board
Central Records
State of Alabama Board
of Pardon and Paroles
Attorney General office
Dept. of Public Safety
    Defendants,

## Plaintiff First Set of Interrogatories To Defendant's

Comes now, The plaintiff, Leander Calhoun in the aboved-Styled Cause, In accordance with Rule 33 of the Federal Rule of Civil Procedure, plaintiff request that defendant's name answer the following interrogatories under oath, and the answer be signed by the person making them and be served on plaintiff within 30 days of Service of these interrogatories.

If you cannot answer the following interrogatories in fully, after exercising due diligence to secure the information to do so, so state and answer to the extent possible, specifying your inability to answer the remained and stating whatever

information or knowledge you have concerning the unanswer portions.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

These are the written interrogatories are written questions which must be answered under oath Under Fed. R. Civ. P. Rule 33, 34. Rule 26 (B)(1) 35.

1. On June 20, 2006, The Alabama Board of Pardon and Parole Considered Plaintiff for Parole.

2. On June 22, 2006, The Alabama Board of Pardon and Parole Denied Plaintiff for Parole until 6/2008.

3. The Plaintiff contends that the sole reason for denial of his Parole was a letter of objection sent to the Board by the Attorney General of the State of Alabama, District Attorney Office, Protest, However the witnesses from the board testified. If any of the Protest why?

4. The Plaintiff ask the defendant's to send him a document copy of his Pre-sentencing Investigation Report (P.S.I.) If not why?

5. It's because that I haven't takening enough Classes. Which Class(s) Should I take?

6. It is because that's, I haven't gotten any disciplinary since I have been incarcerated?

(1)

7. Is its because that I file a Civil Action Suit against the State of Alabama.

8. Because of my Home and Job plan for the denial of Parole.

9. And How many Inmate's (male's) went up For Parole in June of 2006?

10. How many White were given Parole? (male's)

11. How many Black were given Parole? (male's)

12. How much time does inmate's have to do or Service to make Parole On a 20 yrs. Sentence.

13. How much time does inmate's have to do or Served on a Life Sentence to make Parole.

14. Why is inmate's set off repeative time when the trial Court give them a Parole date to make?

15. Why is does inmate's make Parole with worse Crime, Less time built than other make parole on the first or second time up for parole?

16. Why is Sex offender treat different from other Criminal, from work release, Community Custody, Honor Camp.

17. Why is murders takening a life is eligibly for benefits and Sex offender are not?

(2.)

18. Why are Sex offender are not Capable of makeing Parole but yet they are good enough to be sent out of state to another Prison. which that require to have a good clear institution record an a monderal Prisoner's.

19. Why are inmate's being denied Parole with a good and Clean prisoner's record?

20. If a inmate has Certain standards or Criteria to follow for rehabilitation so he is Considered parole shouldn't the parole board advise him of what he needed to do.

21. What is the Criteria for parole for Sex offender If any?

22. What do I have to do to be Considered for parole. without going up numerous of time and being denied?

## Conclusion

Wherefore, the premises Considered, petitioner prays that the Court grant this interrgatories and order the respondent's to answer, in the eyes of justice.

Respectfully, Submitted
*Leander Calhoun*

Leander Calhoun
#198389 Lake D-Bed-50
Pine Prairie Corr, Center
P.O. Box 650

## Certificate of Service

I hereby certify that, I have served a true and correct copy of the foregoing on the defendant's, for Montgomery County, Alabama, by placing the same in the U.S. mail, first class postage prepaid and addressed correctly.

*Leander Calhoun*
Leander Calhoun

Central Review Board
Ala. Dept of Correction
P.O. Box 301501
Montgomery Al. 36130-1501

Central Records
Ala. Dept. of Correction
P.O. Box 301501
Montgomery, Al. 36130-1501

State of Alabama Board
of Pardon and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Office of the Attorney
General Office
11-South Union St.
Montgomery, Al. 36130-0152

Department of Public Safety
500 Dexter Avenue
Montgomery, Alabama 36104

Done on this 18th day of July, 2006