In The United States District Court For The Middle of Alabama Northern Division

Leander Calhoun #198389
Plaintiff,

VS.

Central Review Board, Dept. of Corrections, et. al.
Defendants

Civil Action no: 2:06 CV-613-MEF

RECEIVED
2006 JUL 28 A 9:38
[CLERK STAMP]
U.S. DISTRICT COURT
MIDDLE DIST. ALA

## Motion For Appointment of Counsel

Comes now, the Plaintiff, Leander Calhoun in the above-styled action hereby moves this Honorable Court, Pursuant to 28 U.S.C. 1915 (e)(1) Plaintiff's moves for and order appointing Counsel to represent him in this Case. In support of this motion Plaintiff state the following:

### Facts in Support

Plaintiff imprisonment will greatly limits his ability to litigate. The issues involved in this case are complex and will required significant research and investigation. Plaintiff has limited access to the Law library and limited knowledge of the Law.

A trial in this Case will likely involve Conflicting testimony, and Counsel would better enable Plaintiff to Present evidence and Cross-examine witnesses.

As a matter of law the Plaintiff is entitled to appointment of Counsel to assist him in this matter. The Facts are listed in Montgomery v. Pinchak, 294 F. 3d 492, 499. (3rd Cir. 2002).

Wherefore, Plaintiff request that this Honorable Court appoint a member of the Alabama State Bar Associates in Montgomery Alabama, or Susan G. James Associates in Montgomery Alabama, as Counsel in this matter.

Respectfully Submitted

*Leander Calhoun*

LeAnder Calhoun
\*198389- Lake D-Bed-50
Pine Prairie Corr Center
P.O. Box 650
Pine Prairie La. 70576

Dated 7-25-06