In The District Court of the United States For The Middle District of Alabama Northern Division

Leander Calhoun #198389
    Plaintiffs

vs.

Civil Action 2:06CV613-MEF

Central Review Board
Dept. of Corrections et.al.
Talladega County Circuit Court
Talladega Sheriff Department
    Jerry Studdard
District Attorney office
    Steven D. Giddens
        Defendant's

## Motion For Leave To File an Amended Complaint

Comes now, the Plaintiff Leander Calhoun in the above-styled cause and Request this Honorable Court for Permission to amended Complaint Pursuant to Rule 15(a) and 19(a) Fed. R. Civ. P. Request leave to file and amended Complaint adding these defendants are listed below.

The Plaintiff in his original Complaint name defendants Central Review Board, Dept. of Corrs et.al.

Since the filing of the Complaint the Plaintiff has determined that the name of the defendant's is the Talladega County Circuit Court, Talladega Sheriff Department Jerry Studdard, District Attorney office Steven D. Giddens, are amended to reflect the identity and the actions.

## Jurisdiction and Venue

This is a Civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under Color of state Law, of rights Secured by the Constitution of United States.

Each defendant's is sued individually and in his or her official Capacity, at all time mentioned in this Complaint each defendant's acted under the Color of State Law.

The Plaintiff has no Plain adequate or Complete remedy at Law to redress the wrong described herein Plaintiff has been and will Continue to be irreparably injured by the ~~defendants~~ conduct of the defendant's unless this Court grant the declaratory and injunctive relief which Plaintiff seeks.

A declarator that the acts and omissions described herein violated Plaintiff rights under the Constitution and Laws of the United States. Without the Court's help the Plaintiff are likely to suffered irreparable harm".

If this Case goes to trial, there will be witnesses who will testify in Court, and they will be cross-examined. Both side may submit exhibits. If you request damages you can have this issues decided by a Jury.

This Court should Granted leave freely to amend a Complaint, Foman v. Davis, 371 U.S. 178, 182, (1962).

Respectfully, Submitted

*Leander Calhoun*

Leander Calhoun
#198389 - Lake D - Bed - 50
Pine Prairie Corr, Center
P.O. Box 650
Pine Prairie, La. 70576

Dated 07 / 25  2006

## Pray For Relief

Wherefore, Plaintiff respectfully Prays that this Honorable Court grant this motion to amend the Complaint and enter a declaratory Judgment and Injunctive Relief.

Compestatory damage in the amount Prescribed by law and awarded by the Jury.

Punitive damages in the amount Prescribed by law and awarded by the Jury.

A Jury trial on all issues triable by Jury.

Any additional relief this Court deems Justice and Proper and equitable.

## Certificate of Service

I hereby Certify that I have Served a copy of the foregoing on all defendants by Placing the Same in the mail First Class Postage Pre-Paid and Properly addressed Correctly.

Respectfully Submitted
*Leander Calhoun*
Leander Calhoun
#198389- Lake D- Bed-50
Pine Prairie Corr Center
P.O. Box 650
Pine Prairie, La. 70576

Dated 07-25-2006