IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-613-MEF |
| ) | |
| CENTRAL REVIEW BOARD, DEPT. OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the plaintiff on July 28, 2006 (Court Doc. No. 6), and in accordance with the provisions of Rule 15(a), *Federal Rules of Civil Procedure*, it is

ORDERED that this motion be and is hereby GRANTED.

DONE, this 2nd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE