In The District Court of the United States for The Middle District of Alabama Northern Division

Leander Calhoun #198389
    Plaintiff,

vs.    Civil Action no: 2:06CV-613 MEF

William Segrest
Cynithia Dillard
Sindney William
Carlyon Flack
    Defendant's

## Amended Complaint

Comes now, the plaintiff, Leander Calhoun and filed this Amended Complaint, Pursuant to the order of this Court issues on August 2, 2006, Plaintiff shows the following in support thereof:

### Jurisdiction and Venue

This Court has Jurisdiction under 28 U.S.C. 1331 and 1343 (a)(3). Plaintiff seeks decalaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202, Plaintiff Claim for injunctive relief are authorized by 28 U.S.C. 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The United States District Court is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

### Plaintiff

Leander Calhoun #198389 is and was at all times mentioned herein a Prisoner of the State of Alabama in the custody of the Alabama Department of Correction he is currently confined in Pine Prairie Correctional Center in Louisiana, P.O. Box 650 Pine Prairie La. 70576.

### Defendants

1.) Defendant, William C. Segrest, Executive Director of the Alabama Board of Pardon and Parole he is responsible over all action and enforcement of the rule and regulation and policy and proceedure of the Alabama Board of Pardon and Parole.

2.) Defendant, Cynthia Dillard is the Board member of the Alabama Board of Pardon and Parole her duty and responsible include a review of documents case files in making her determination in whether or not a person will be given Parole.

3.) Defendant, Sindney William is the Board member of the Alabama Board of Pardon and Parole her duty and responsible include a review of documents and files in makeing her determination in whether or not a person will be given Parole.

4.) Defendant Carlyon Flack is the Board member of the Alabama Board of Pardon and Parole her duty and responsible include a review of documents and files in makeing her determination in whether or not a person will be given Parole.

5.) Each defendants is sued individually and in his or her official Capacity. At all times mentioned in this Complaint each defendants Acted under the Color of State Law.

## Facts

On June 20, 2006, The defendants 1 thru 4 William Segrest, Cynthia Dillard, Siddney William and Carlyon Flack At 301 South Ripley Street P.O. Box 302405 Montgomery, Alabama 36104-2405.

The defendants violated the plaintiff's constitutional right of due process in denying the plaintiff Parole on June 20, 2006 by relying on false and erroneous information for the denial.

Defendant, William Segrest did fail to ensure that the defendants 2 through 4 followed the policies and practice of the Ala. Bd. of Bd. Of Pd. and Paroles that require the defendants to base their decision to deny plaintiff parole upon legitimate and correct information and as director of the Ala. Bd. Of Pd and Paroles it is his duty to ensure that the defendants have before them accurate and reliable source information upon which to base their decision, In the petitioner case, defendants Segrest fail to perform his duty thereby denied the plaintiff Constitution right of due process of the 14th fourteenth Amendment.

Defendant, Cynthia Dillard on June 20, 2006 denied the plaintiff parole by the use of false and erroneous information in denying the plaintiff parole, defendant Cynthia Dillard relied on the facts documents in a report that was sent to them which states, Leander Calhoun did make threat force, intemidation, violently cursing the alleged victim during the course of the crime," these facts are wholly untrue and false, there is no evidence in the court proceeding that would substantiate these facts. Therefore defendant Cynthia Dillard did violate the plaintiff due process rights of the 14th fourteenth Amendment.

Defendant, Sindney William On June 20, 2006 denied the plaintiff parole by the use of false and erroneous information in denying the plaintiff parole, defendant Sindney William relied on the facts documents in a report that was sent to them which states, "Leander Calhoun did make threat force, intemidation violently cursing to the alleged victim during the course of the crime" These facts are wholly untrue and false, there is no evidence in the Court proceeding that would substantiate these fact, Therefore defendant Sindney William did violate the plaintiff due process rights of the 14th fourteenth Amendment.

Defendant Carlyon Flack on June 20, 2006, denied the plaintiff parole by the use of fals and erroneous information in denying the plaintiff parole, defendant Carlyon Flack relied on the fact documents in a report that was sent to them which states, Leander Calhou did make threat force, intemidation violently cursing to the alleged during the Course of the Crime " These facts are wholly untrue and false, there is no evidence in the Court proceeding that would substantiate these fact, Therefore defendant Carlyon Flack did violate the plaintiff due process right of the 14th fourteenth Amendment.

## Prayer For Relief

Wherefore the plaintiff prayer that this Honorable Court enter a Judgment that the defendants acts ommission described herein violated the plaintiff right of the Constitution plaintiff prayer this Honorable Court to issues a permanent injunctive ordering each defendants, William Sergest, Cynthia Dillard, Sindney William and Carlyon Flack, To Stop using the erronoues and false information against the plaintiff

Any and all relief deemed necessary and appropriate in this Cause.

Respectfully Submitted
Leander Calhoun

Leander Calhoun
#198389-Lake D-Bed-50-B
Pine Prairie Correctional Center
P.O. Box 650
Pine Prairie La. 70576

Dated 8/07/06

# Certificate of Service

I hereby certify that I have served a ~~copy~~ true and correct copy of the foregoing on the defendants, for Montgomery, Alabama by placing the same in the U.S. mail first class postage pre-paid and addressed correctly.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of August 2006.

Respectfully Submitted
_Leander Calhoun_
Leander Calhoun

William C. Segrest
Executive Director
Board of Pd and Parole
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130-2405

Sindney William
Same Address

Cynithia Dillard
member of the Board
Board of Pd and Parole
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130-2405

Carlyon Flack
Same Address