In The District Court Of the United States For The Middle District of Alabama Northern Division

Leander Calhoun #198389
　　Plaintiff,

2006 AUG 16 A 9:32

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

vs.

Civil Action no: 2:06 CV 613 MEF

William Segrest
Cynithia Dillard
Sindney William
Carlyon Flack
　　Defendant's

## Plaintiff First Set of Interrogatories To Defendant's

Comes now, The Plaintiff, Leander Calhoun in the aboved-styled Cause, In accordance with Rule 33, 34, 37(A) 26(B)(1) of the Federal Rule of Civil Procedure, Plaintiff request that Defendant's name answer the following interrogatories under oath, and the answer be signed by the Person making them and be served on Plaintiff with 30 days of Service of these interrogatories.

If you cannot answer the following interrogatories in full, after exercising due dilligence to secure the information to do so, so state and answer to the extent possible specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

These interrogatories shall be deemed continuing, so as to require Supplemental Answer as new and different information materializes.

These are the Written Interrogatories are written questions which must be answered under oath under Federal Rule of Civil Procedure, Rule 33, 34, 37 (A) 26(B)(1)

(1.) On June 20, 2006, The Alabama Board of Pardon and Paroles Considered Plaintiff for Parole?

(2.) On June 22, 2006, The Alabama Board of Pardon and Parole Denied Plaintiff for Parole until 6/2008.?

(3.) The Plaintiff contends that the soles reason for denial of his Parole was a letter of objection sent to the Board by the Attorney General of the State of Alabama, District Attorneys office, Protest, However the witnesses for the Board testified. If any of these Protest why?

(4.) The Plaintiff ask the defendants to Send him a Copy of his Presentencing Investigation Report (P.S.I) If not why?

(5.) It's because I have'nt took enough Classes, which Class (s) Should I take?

(6.) It's is because I have'nt gotten any disciplinary Since I have been incarcerated.

4.)

(7.) Is its because that I file a Civil action Suit against the State of Alabama?

(8) Because of my Home and Job Plan for the denial of Parole?

(9.) And How many Inmate's (males) went up in June of 2006?

(10.) How many white were give Parole? (males)?

(11.) How many Black were give Parole? (males)?

(12) How much time does inmate's have to do to make Parole on a 20 years Sentence?

(13) How much time does inmate's have to do on a life Sentence to make Parole?

(14.) Why is inmate's make Parole with worse Crimes, Less time built than other a make Parole on the First or Second time up for Parole?

(15.) Why is inmate's Set off repeative time when the trial Court give them a Parole date to make?

(16) Why is murder(s) takeing a life is eligibilty for benefits and Sex offender are not?

(17.) why is Sex offender treat different from other Criminal from work release, Community Custody Honor Camps.

(2.)

(18.) Why are Sex offender not Capable of makeing Parole by yet they are good, enough to keep been sent out of state to another Prison, which that require have a good Clean instution record and a moden Prisoner's?

(19.) Why are inmate's being denied Parole with a good and Clean Prisoner record?

(20.) If an inmate has Certain standards or Criteria to follow for rehabilitation so he is Considerd Parole Shouldn't the Parole Board aduised him of what he needed to do?

(21) What is the Criteria for Parole for Sex offender if any?

(22) What do I have to do to be Considered for Parole without going up numerous of time and being denied?

## Conclusion

Wherefore, The Premises Considered, Petitioner Prays that the Court Grant this Interrogatiories and to order the defendant's to answer, in the eyes of Justice.

Respectfully Submitted
Leander Calhoun

(3.)

# Certificate of Service

I hereby certify that I have served a true and copy of the foregoing on the defendants, for Montgomery County, Alabama, by placing the same in the U.S. Mail, First Class Postage Pre Paid and addressed correctly.

I declare under penalty and perjury that the foregoing is true and correct Done on this __14th__ day of __Aug.__ 2006

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

Deputy Attorney General
Office Hugh Davis
11-South Union Street
Montgomery, AL. 36130-0152

William C. Segrest
Executive Director
Board of Pd. and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery AL. 36130-2405

Cynithia Dillard
Member of the Board
Board of Pd and Parole
301 South Ripley St.
P.O. Box 302405
Montgomery, AL. 36130-2405

Sindney William
Member of the Board
Board of Pd. and Parole
301 South Ripley St.
P.O. Box 302405
Montgomery, AL. 36130-2405

Carlyon Flack
Member of the Board
Board of Pd. and Parole
301 South Ripley St.
P.O. Box 302405
Montgomery AL. 36130-2405

Respectfully, Submitted
_Leander Calhoun_