In The District Court Of the United States For The Middle District of Alabama Northern Division

2006 AUG 23 A 10:54

Leander Calhoun #198389
 Plaintiff,

vs.

State of Alabama Board of Pardon and Paroles et. al.
William Segrest
Cynithia Dillard
Sindney William
Carlyon Flack
 Defendants

Order To Show Cause For a Preliminary Injunction And a Temporary Restraining Order.

Civil Action NO: 2:06 CV-613 MEF

## Motion For Order To Show Cause For a Preliminary Injunction and a Temporary Restraining order

Upon the Complaint, The supporting affidavits of Plaintiffs, and the memorandum of Law submitted here with, it is:

Ordered that defendant's, State of Alabama Board of Pardon and Parole, William Segrest, Cynithia Dillard, Sindney William, Carlyon Flack, The Plaintiff are seeking a Preliminary Injunction Show Cause in room _____ of The United States District Courthouse, P.O. Box 711 Montgomery, Alabama 36101-0711 On the _____ day of _____, 20_____, at _____ o'clock, why a Preliminary Injunction Should not issue Pursuant to Rule 65 (A)(B)(C)(D)(E) Of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all others person acting in concert and participation with them, from using the erronous and false information contained in the Plaintiff (P.S.I report)

PreSentencing Investigation Report, Protest, Witnesses from the Board, A letter of objection From the Attorney General Office Of the State of Alabama, Protest From the District Attorney Office, or the Victim in the Plaintiff Case When the Plaintiff does Come up for Parole Consideration On June 2008. The Plaintiff requested and is seeking the Permanent Injunction to Cover these actions.

It is Further Ordered that effective immediately, and pending the hearing and determination of this Order to Show Cause, The defendants State of Alabama Board of Pardon and Paroles, William Segrest, Cynithia Dillard, Sindney William, Carlyon Flack, The Plaintiff requested and is seeking the temporary relief and each of their officers, agents, employers, and all persons acting in Concert or participation with them, are restrained from using the erronoues and Fals information Contained in the Plaintiff (P.S.I report). That denial his Parole Protest, Witnesses From the Board, A letter of objection from the Attorney General office of the State of Alabama, Protest From the District Attorney Office, or the Victim in the Plaintiff Case, When the plaintiff does come up for Parole Consideration On June 2008. The Plaintiff requested and is Seeking the TRO to cover these actions.

It is Further Ordered that the Order to Show Cause, and all other papers attached to this application be served of the aforesaid Plaintiff by Dated _____.

_____
Judge's Singnature

_____   Dated:_____
United States District Judge

Wherefore premission plaintiff prays that this Honorable Court Grant this Order to show Cause for a Prelimary Injunction and a Temporary Restraining Order upon these defendants, I certify under penalty of Perjury that the foregoing is true and Correct. Done On this 21st day of August 2006.

Respectfully, Submitted
_Leander Calhoun_
Leander Calhoun

### Certificate of Service

I hereby Certify that, I have Served a true and Correct Copy of the foregoing on the defendant's, For Montgomery County, Alabama by placing the same in the U.S. mail First Class Postage Pre-Paid and addressed Correctly.