In The District Court Of The United States For The Middle District Of Alabama Northern Division

Leander Calhoun #198389
     Plaintiff

vs.

State of Alabama Board
of Pardon and Paroles et. Al.
William Segrest
Cynithia Dillard
Sindney William
Carlson Flack
     Defendants

Affidavit
Civil Action no:
2:06 CV-613 MEF

RECEIVED
2006 AUG 23 A 10: 54

## Affidavit In Support Of Order To Show Cause For A Preliminary Injunction and a Temporary Restraining Order

Leander Calhoun, #198389, States Under Penalty and Perjury I'am the Plaintiff in the above Case, I make this affidavit needing Protecting from the defendants of the Alabama Board of Pardon and Parole, The Plaintiff will not be harassed or harm and retaliated against or unfair denial of Parole due to this Civil Action Claim.

The Plaintiff expecting a Parole hearing, now my scheduled date is June 2008, I have Privacy, employment and family association Concerns, because of my Parole hearing and Possible release issuances of this order to Show Cause for a Preliminary Injunction and a temporary restraining order is reasonable, If the Plaintiff

Parole is not granted the Preliminary Injunction will not be moot, but will be effective. I have no desire to committ another Crime, I honestly feel for me to be Successful of Parole my Privacy employment and family association right are key. The Plaintiff argues that although he has no liberty interest in Parole, he has a due Process right to be fairly Considered for Parole. He contends that the defendants reliance on erroneouses and false information in order to deny him for Parole Violate his due Process Plaintiff that he therefore has a due Process right to have the erroneouse and false information deleted from his instution file from his P.S.I report 1932 F.2d 1441) In Greenholtz V. Inmate of the Nebraska Penal and Correctional Complex 442 U.S. 1,7, 99 S.Ct. 2100, 2103,-04, 60 L.ed 2d, 688 (1979) The Plaintiff Leander Calhoun #198389 who had been denied Parole made the Conclusory allegation that the Alabama Board of Pardan an Paroles must have relied upon the erroneous and false information because otherwise the Ala. Bd. of Pd. an Parole would Surely Granted him Parole. Slocum 678 F.2d. at 941.

    I Swear under Penalty of Perjury that upon information and belief, The foregoing is True and Correct Executed On August 21st 2006.

Respectfully, Submitted
*Leander Calhoun*
Leander Calhoun
#A-198389- Lake D-Bed-50
Pine Prairie Correctional Center
P.O. Box 650
Pine Prairie La. 70576