| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* AUG 21 2006  B. Date of Delivery 8/21/06<br>C. Signature X *Carnell Long* ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Board Member Cynthia Dillard<br>Alabama Board of Pardons & Paroles<br>PO Box 302405<br>Montgomery, AL 36130-2405<br><br>06cv613 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1820 0002 3461 5824 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* *Carnell Long* B. Date of Delivery 8/21/06<br>C. Signature X AUG 21 2006 ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Board Member Sidney Williams<br>Alabama Board of Pardons & Paroles<br>PO Box 302405<br>Montgomery, AL 36130-2405<br><br>06cv613 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1820 0002 3461 5855 |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Board Member Carolyn Flack
Alabama Board of Pardons & Paroles
PO Box 302405
Montgomery, AL 36130-2405

06CV613

2. Article Number (Copy from service label)

7005 1820 0002 3461 5831

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-095

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): AUG 21 2006
B. Date of Delivery: 8/21/06
C. Signature: X Cornell Long  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Executive Director William Segrest
Alabama Board of Pardons & Paroles
PO Box 302405
Montgomery, AL 36130-2405

06CV613

2. Article Number (Copy from service label)

7005 1820 0002 3461 5848

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): AUG 21 2006
B. Date of Delivery: 8/21/06
C. Signature: X Cornell Long  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes