IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-613-MEF |
| ) | (WO) |
| WILLIAM SEGREST, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## **ORDER**

This cause is before the Court on the Plaintiff's Motion for Order to Show Cause for a Preliminary Injunction and a Temporary Restraining Order (Doc. # 14). Upon consideration of the Plaintiff's submissions, the motion is hereby ORDERED DENIED. It is further ORDERED that this case is hereby referred back to the assigned Magistrate Judge for action or recommendation on all pretrial matters.

DONE this the 24th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE