In The District Court Of The United States For The Middle District of Alabama Northern Division

Leander Calhoun #198389
    Plaintiff

V.                               Civil Action no. 2:06 CV-613 MEF

William Segrest, et. al.
    Defendants

"Notification as a "Notice of Change of Address"

Come now, The plaintiff Leander Calhoun #198389 in the above-styled cause and notification as a "Notice of Change of Address" and provide a copy of this notice to the defedants as well.

(1.) The plaintiff Leander Calhoun #198389 was at the Pine Prairie Correctional Center P.O. Box 650 Pine Prairie La. 70576, But has been move to a different institution the new address are listed on the next page.

(2.) The plaintiff is notification as a "Notice of the new accurate address of the Plaintiff are Listed below and have provide the Court and the defendant of his new address.

Plaintiff New Accurate Address

Leander Calhoun
#198389 - BearCat - Dorm - 4 - Bed -38
S. L. C. C.
Southern Louisiana Corr. Center
3843 Stagg Avenue
Basile, Louisiana 70515

Respectfully, Submitted
*Leander Calhoun*
Leander Calhoun #198389

Done on this 13th day Sept 2006

## Certificate of Service

I hereby certify that, I have served a true and correct copy of the Notification as a Notice of Change of Address of the foregoing on the defendant and the Court for the Montgomery County, Alabama by placing the same in the U.S. Mail, first class postage Pre-Paid and address correctly. Done on this 13th day of Sept 2006

William Segrest
Executive Direct
301 South Ripley Street
P.O. Box 302405
Montgomery, Al. 36130-2405

Cynthia Dillard
Board member
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Sidney William
Board member
301 South Ripley Street
P.O. Box 30245
Montgomery Al. 36130-2405

Carolyn Flack
Board member
301 South Ripley Street
P.O. Box 302405
Montgomery, Al. 36130-2405

Attorney General Office
Troy - King
11 - South Union St.
Montgomery, Alabama 36130-0152