In The District Court of The United States For The Middle District of Alabama Northern Division

Leander Calhoun #198389
    Plaintiff,

V.                                       Civil Action No: 2:06-CV-613-MEF

William Segrest, et. al.
    Defendants

## Motion For Evidentiary Hearing

Come now, Plaintiff Leander Calhoun in the above-styled Cause, moves this Honorable for a Hearing, and shows good cause in the following, to-wit.

Plaintiff filed a 42 U.S.C. 1983 Civil Action on July 10, 2006. He amendment the 42 U.S.C. 1983 Civil Action on August 7, 2006.

Plaintiff filed his first Set of Interrogatories to Defendants On July 18, 2006 and August 14, 2006. The defendants, William Segrest, Cynthia Dillard, Sidney William Carolyn Flack, General Counsel for the Alabama Board of Pardons and Paroles has failed to response to the Set of Interrogatories.

When the Defendants does not respond to the plaintiff allegation in the Set of Interrogatories the unrefuted Statement of facts must be taken as true. In The manner provide in The Rule 33, 34, 35, 26 (B)(1) Federal Rules of Civil Procedure.

In lieu of an evidentiary hearing, the trial Court may take evidence in manner provided.

## Conclusion

Wherefore, Premises Considered, Plaintiff prays that the Court set a hearing or trial date in the near further.

Done this the 13th day of Sept 2006.

Respectfully, Submitted
*Leander Calhoun*
Leander Calhoun

## Certificate of Service

I hereby Certify that, I have Served a true and Correct Copy of the motion for Evidentiary Hearing on the Defendant, for Montgomery County, Alabama by placing the same in the U.S. mail first class postage prepaid and addressed Correctly.

Done on this 13th day of Sept. 2006.

William Segrest
Executive Director
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130-2405

Cynthia Dillard
Board member
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Sidney William
Board member
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130-2405

Caroly Flack
Board member
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Attorney General Office
Troy King
11 South Union St.
Montgomery, Al. 36103-0152