IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-613-MEF )                           [WO] ) |
| CYNTHIA DILLARD, et al., | ) ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for evidentiary hearing filed by the plaintiff on September 18, 2006 (Court Doc. No. 18), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE