IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-613-MEF |
| | ) [WO] |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on September 18, 2006 (Court Doc. No. 18), which the court construes to contain a motion to compel answers to interrogatories, and as the time has not yet expired for the defendants to file a special report to the amended complaint, it is

ORDERED that the motion to compel be and is hereby DENIED at this time.

DONE, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE