IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEANDER CALHOUN, #198389 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case #2:06-CV-613-MEF |
| | ) | |
| | ) | |
| WILLIAM SEGREST, | ) | |
| et al., | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE
DEFENDANT'S ANSWER AND SPECIAL REPORT**

Comes now, the Defendants, William Segrest, Cynthia Dillard, Sidney Williams, and Carolyn Flack, in response to the Court's Order dated August 18th, 2006, and moves the Court for an enlargement of time to file their response, and shows unto the Court the following in support thereof:

1. The Court's Order to respond was accompanied with Plaintiff's "Amended Complaint", which inferred the amendment was pursuant to the Court's Order dated August 2nd, 2006.

2. Defendant's need additional time to get a copy of the original Complaint to adequately respond to all issues raised by the Plaintiff.

3. The Plaintiff is serving a 20-year sentence received in 1998 and will not be prejudiced by the enlargement.

4. Defendant's move for an extension of 14 days making their response due on October 11th, 2006.

5. Defendant's request is timely and allowable under the rules.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL

    GREGORY O. GRIFFIN, SR.
    CHIEF COUNSEL

    s/STEVEN M. SIRMON
    ASSISTANT ATTORNEY GENERAL
    State Bar#: ASB-5949-S61S
    Ala. Bd. Pardons and Paroles
    P.O. Box 302405
    Montgomery, Alabama 36130
    Telephone: (334) 242-8700
    Fax: (334) 353-4423
    Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on 9-27-2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**LEANDER CALHOUN, AIS #198389**
**SOUTHERN LOUISIANA CORRECTIONAL CENTER**
**BEAR CAT DORM-4-BED-38**
**3843 STAGG AVENUE**
**BASILE, LOUISIANA 70515**

Done this **27**$^{th}$ day of **SEPTEMBER 2006**.

Respectfully submitted,

s/ STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
steve.sirmon@alabpp.gov