STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

### AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared, **Carolyn Flack,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **Carolyn Flack.** I am currently employed as the Director of Board Operations. My duties include administration of the Intake Unit, the Docket Unit, the Pardon Unit, and the Institutional Parole Officers.

I deny Leander Calhoun's allegations against me.

I am *not* a member of the Parole Board and took no part in the decision to grant or deny Leander Calhoun's parole.

I have checked the agency's files and find no report or letter that contains the language Calhoun states in his complaint. Calhoun was convicted of Attempt Rape I, the elements of which involve violence against a person, and received a 20-year sentence.

I have no knowledge of Calhoun's file containing "known false" information that has been used to adversely affect him. I deny violating Calhoun's due process rights.

*Carolyn P. Flack*
**CAROLYN FLACK**
**Director of Board Operations**
**Alabama Board of Pardons and Paroles**

SWORN TO AND SUBSCRIBED before me this 6th day of October 2006.

NOTARY PUBLIC
Commission Expires: 4-6-10

EXHIBIT
D