STATE OF ALABAMA            )
                                                        )
MONTGOMERY COUNTY  )

## AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared, **William Segrest,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **WILLIAM SEGREST.** I am currently employed as the Executive Director for the Alabama Board of Pardons and Paroles. My duties include administration of the Agency, assuring policies and procedures of the Board are adhered to, and carrying out the directives of the Board. I am also the custodian of the agency's records.

I deny Leander Calhoun's allegations against me.

I am *not* a member of the Parole Board and took no part in the decision to grant or deny Leander Calhoun's parole.

I have checked the agency's files and find no report or letter that contains the language Calhoun states in his complaint. Calhoun was convicted of Attempt Rape I, the elements of which involve violence against a person, and received a 20-year sentence.

I have no knowledge of Calhoun's file containing "known false" information that has been used to adversely affect him.  I deny violating Calhoun's due process rights.

**WILLIAM SEGREST**
**Acting Executive Director**
**Alabama Board of Pardons and Paroles**

SWORN TO AND SUBSCRIBED before me this 6th day of
October_____ 2006.

NOTARY PUBLIC
Commission Expires: 4-6-10

**EXHIBIT**
**A**