STATE OF ALABAMA )
)
MONTGOMERY COUNTY )

### AFFIDAVIT

BEFORE ME, the undersigned authority of said County and State, personally appeared, **Sidney T. Williams,** who is known to me, and after being duly sworn, deposed and said as follows:

My name is **SIDNEY T. WILLIAMS.** I am currently the Chairman of the Alabama Board of Pardons and Paroles. The duties of the Board, to which I am Chairman, include administration of the agency and conducting hearings to determine which prisoners may be released on parole, when, and under what conditions. The Board also hears cases concerning pardons, remission of fines and forfeitures, restorations of political and civil rights, and parole revocations.

I deny Leander Calhoun's allegations against me.

I *am* a member of the Parole Board, but took no part in the decision to grant or deny Leander Calhoun's parole. I did *not* sit on the panel that heard Mr. Calhoun's case.

I have checked the agency's files and find no report or letter that contains the language Calhoun states in his complaint. Calhoun was convicted of Attempt Rape I, the elements of which involve violence against a person, and received a 20-year sentence.

I have no knowledge of Calhoun's file containing "known false" information that has been used to adversely affect him. I deny violating Calhoun's due process rights.

SIDNEY T. WILLIAMS
Chairman
Alabama Board of Pardons and Paroles

SWORN TO AND SUBSCRIBED before me this 6th day of October 2006.

NOTARY PUBLIC
Commission Expires: 4-6-10

EXHIBIT
C