State of Louisiana
Parrish of EvanGeling

## Affidavit

My name is Leander Calhoun #198389, I am a Alabama State Prisoner housed at South Louisiana Correctional Center, BearCat 4 Bed-38, 3843 Stagg Avenue Basile, Louisiana 70515, I am serving a 20 years sentence for **Attempted Rape I**, I am over the age 19 years and personal knowledge of the facts setforth Herein.

(1.) In November, 1999, At the Limestone Correctional facility in Harvest, Alabama, Mr. Dan Holcomb, Classification Specialist, At a Progress Review, Read to me the Contents of the details of the Case, which, According to what Mr. Holcomb was reading, included facts that the Plaintiff did make threats against the Victim, Use force against the Victim, intimidation, and was Violently crusing the alleged Victim during the Course of the Crime.

(2.) Classification Specialist, Dan Holcomb, stated "I recommend no change due to the details of the offense.

(3.) While the defendants may not have rendered the decision to deny parole, Their duties include over-view of the information contained in the prisoner file.

(4.) The details of the offense as recited by Mr. Holcomb is forward to the Central Review Board and a Copy is placed in the prisoners file that is reviewed by the parole board.

*Leander Calhoun #198389*
Leander Calhoun #198389
Plaintiff,

Sworn and subscribed before me this \_\_\_25\_\_\_ day of \_\_\_October\_\_\_, 2006.

\_\_\_Barbara L Fuselier\_\_\_
Notary Public

OFFICIAL SEAL
BARBARA L. FUSELIER
NOTARY PUBLIC No. 52894
STATE OF LOUISIANA
PARISH OF EVANGELINE
My Commission Expires with life

_____
My Commission Expires



# STATE OF ALABAMA
# DEPARTMENT OF CORRECTIONS

### LIMESTONE CORRECTIONAL FACILITY
### P. O. BOX 66
### CAPSHAW, ALABAMA 35742

From:   Dan Halcomb, Classification Specialist

To:     Calhoun, Leander
        #198389

Re:     Semi-annual Progress Review

    A review of your file was conducted on 5-19-03 for possible changes in your classification. You are not being recommended for any changes at this time for the following reasons:

    Since you are serving on a sex case.


Your next review will be: 11-03

```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - OCTOBER 31, 2002
                                    (COU122)
AIS #: 00198389S    SSN: 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    RACE/SEX: B/M    DATE OF BIRTH: 04/19/1965
NAME: CALHOUN, LEANDER                  CUSTODY:  MED9   SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTE      TIME SRVD: 04Y00M28   LAST DISC:
CRME: ATTEMPTED RAPE I                  MIN REL DT: 10/03/2018   ACTIVE DET: 0
DISC: HAS RECEIVED NO DISCIPLINARIES   PRE CONS: 06/01/2005   EDUCAT LEV: 10
WL/PGM:                                PRIM OCCUP: LABORER - GENERAL
```

RECOMMENDED INSTITUTION: _____    RECOMMENDED CUSTODY: _____

JUSTIFICATION: Inmate Calhoun is a sex offender, but he is not specifically a heinous offender. He was recommended for participation in a Sexual Adjustment workshop, ABE, and Trade School during his intake interview at R&CC in 11-98. He has not yet participated in any of these programs. He continues to work as a dorm cleaner but does not have a work report in file. He is serving a 20 year term on a single case for Attempted Rape I (attacked the female attendant at a convenience store in a sexual way and with sexual remarks). He has several prior misdemeanors and a prior felony for TOP II. He has, however, maintained a clear record since incarceration. No status change is recommended due to the nature of the offense./Enemies: None/DNA 1-15-9 /No D.L./Baptist/No medications

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: N/A SJC 10-31-02    APP. S/L:

CLASSIFICATION SPECIALIST         DATE        WARDEN OR DESIGNEE        DATE

PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE      CLASSIFICATION COORDINATOR  DATE

CENTRAL REVIEW BOARD ACTION

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER            DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER            DATE

___ APPROVED  ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                                CRB MEMBER            DATE

FINAL DECISION: INST _____ CUSTODY _____ DATE _____

DATE INMATE INFORMED: _____   INMATE'S SIGNATURE: _____

PR 11-13-01---no change

SJC
11-19-02