In The United States District Court for The Middle District of Alabama

RECEIVED
2006 OCT 30 A 9:55
DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

Case no: 2:06 CV-613-MEF

Leander Calhoun #198389
Plaintiff,

vs.

William Segrest, et, al,
Defendants,

## Motion For Leave of Court for Discovery

Comes now the plaintiff, Leander Calhoun, pro-se, in the above styled cause, and pursuant to the federal Rules of Civil Proceedure, Rule 34, and the plaintiff shows the following in support thereof:

1.) Cynthia Dillard, Acting director of the parole board whose duties are including, but not limited to, enforcing the policies and proceeding of the Parole board this duty includes overseeing the documents that are placed in the inmates file, Plaintiff seeks the discovery of the P.S.I. report which contains the information alleged in the plaintiff complaint, as the information was read to the plaintiff in Nov. of 1999 by Mr. Dan Holcomb the Classification Specialist at

Limestone Corr, facility in Harvest Al. 35749,

2.) Sidney T. William Chairman of the parole board whose duties are included but not limited to, review of an inmates file, Conducting parole hearings, Reading and Review of the P.S.I. report and the progress review forms from the Classification Specialist Dan Holcomb, who read the details of the offense from the P.S.I report to the plaintiff in Nov. 1999, At Limestone Corr, facility Harvest Al. 35749.

3.) Carolyn Flack, director of the parole board whose duties are included but not limited to, intake of a prisoner file for review and placement on the ~~documents~~ docket, and review of the P.S.I report from parole and probation officers, which include the details of the offense as read to the plaintiff in Nov. 1999. At Limestone Corr, facility Harvest. Al. 35749, by Classification Specialist Mr. Dan Holcomb.

4.) William Segrest, Excecutive Director of the parole board whose duties included but not limited, Custody of the inmates file, which include the P.S.I. report. Containing the details of the offense as read to the plaintiff by Classification Specialist Mr. Dan Holcomb at Limestone Corr, facility Harvest Al. 35749 in Nov. 1999.

5.) The Plaintiff request discovery of the P.S.I Report contained in his file in the custody of the defendants, which contain the language complained of and facts asserted in the complaint and bear directly on the truth or falseity of the defenses asserted by the defendants.

## Prayer For Relief

Wherefore, plaintiff prays this Court to grant discovery of the P.S.I report in the interest of due process in this case or in the alternative, order the defendants to produce the requested P.S.I to this Court for an in camera inspection so the Court make substantiated decision on whether or not the facts are contained in the P.S.I report and whether or not the defendants have denied the plaintiff due process by the use of false information.

Respectfully Submitted On this 25th day of Oct. 2006.

Leander Calhoun
Leander Calhoun
AIS# 198389-BearCat-4-Bed-38
S.L.C.C.
3843 Stagg Avenue
Baiole, Louisiana. 70515

## Certificate of Service

I hereby Certify that, I have Served a true and Correct Copy of the foregoing pleading on all defendant by placing the same in the U.S. mail First Class Postage Pre-Paid and properly address Correctly

Respectfully Submitted On this 25th day of Oct. 2006.

_Leander Calhoun #198389_
Leander Calhoun #198389

William Segrest
Executive Director
Al. Bd of Pd and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130

Cynthia Dillard
Executive Director
Al. Bd of Pd and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130

Sidney T. Williams
Chairman
Al. Bd of Pd and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery Al. 36130

Carolyn Flack
Director of Board Operations
Al. Bd of Pd and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130