IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-613-MEF |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave of court to conduct discovery filed by the plaintiff on October 30, 2006 (Court Doc. No. 28), and for good cause, it is

ORDERED that on or before November 9, 2006 the defendants shall file with the court and provide to the plaintiff a copy of the pre-sentence investigation report prepared upon plaintiff's conviction for attempted rape.

Done this 30th day of October, 2006.

　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE