IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-613-MEF |
| ) | [WO] |
| ) | |
| CYNTHIA DILLARD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to vacate filed by the defendants on November 9, 2006 (Court Doc. No. 30), and in light of the arguments presented by the defendants,[1] it is

ORDERED that:

1. The motion to vacate be and is hereby GRANTED.

2. The order entered on October 30, 2006 (Court Doc. No. 29) be and is hereby VACATED.

Done this 14th day of November, 2006.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The defendants maintain that the document sought by the plaintiff is "privileged by statute" and therefore not discoverable from the Alabama Board of Pardons and Paroles. *Defendants' November 9, 2006 Motion to Vacate (Court Doc. No. 29)* at 2. The defendants further argue that because none of the named defendants participated in the challenged decision to deny parole they did not knowingly rely on alleged false information in the parole decision making process. *Id.* at 4.