IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-613-MEF |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. The plaintiff be allowed an opportunity to request a copy of his pre-sentence report from the state court which convicted him of attempted rape and/or from correctional officials having possession of the pre-sentence report.

2. The plaintiff be GRANTED an extension to and including December 15, 2006 to file a supplemental response to the defendants' written report.

Done this 14th day of November, 2006.

                                                  /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            UNITED STATES MAGISTRATE JUDGE