In The United States District Court For The Middle District of Alabama

Case no: 2:06-CV-613 MEF

RECEIVED
2006 NOV 17 A 9:42
_____ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Leander Calhoun *198389
Plaintiff,

vs.

William Segrest, et. Al.
Defendants.

## Objection To Defendants Motion to Alter, Amend, or Vacate

Comes now the Plaintiff, Leander Calhoun, Pro-Se, in the above styled Cause, and in Response to the defendant's motion filed on 9th day of November, 2006, And the order of this Court issued on October 30th 2006, And moves this Honorable Court to strike from the Proceedings the defendants motion to Alter, Amend, or Vacate, and the Plaintiff shows the following in Support thereof:

1.) The defendants in this Case, have deliberately committed intentional acts of Submitting to the Jurisdiction of this Courts order of October 30th 2006, by failing to follow the directives of the order, by attempting to impose upon the Court and the Plaintiff A "Priviledge" information response, that is clearly in violation of the Plaintiff's rights of due Process of the 14th

amendment to have erroneous or false information expunged from his file.

2.) While the defendants argue that the Plaintiff does not have a liberty interest in Parole, they do acknowledge the Plaintiff of due Process for the use of false information by "Parole" officers under Monroe v. Thigpen 932 1437 (11th Cir. 1991).

3.) The defendants claim the Plaintiff is on a fishing expedition and that Specifically has misnamed the Parole Board members that Participated in the use of the information.

4.) The Plaintiff submitted Exhibits to this Court to substantive his claim that the Parole Board and the Classification Specialist in this Case has used the information Sought to be expunged.

5.) The Plaintiff contends that even" if the named defendants did not actually Participate in the Parole hearing, they have a duty to oversee the information contained in the files.

6.) The Plaintiff contends that he has established a Prima facie Case that false information has been used, And they have failed to rebut or Contradict these facts with nothing more than bare allegations without affidavits of Personal Knowledge, and instead tried to invoke a Priveledge that simply doesn't exist under the due Process clause of the 14th Amendment, and therefore the uncontradicted facts Set out in Plaintiffs Complaint and motions, which are Substantiated by D.O.C. records must be viewed as uncontradicted See Smith v Lawyers Serviced Corp. 624 So.2d 526, and Johnson v. Crammar, 598 So.2d 980

7.) Summary Judgement would not be appropriate in this case due to material issues of Genuine fact that exists See. Nunnelly v. Capitial information Tech. 730 So. 2d 238 (Ala. Civ. App 1999).

8.) The heart of the complaint in this case is whether or not the defendants owes the Plaintiff a duty under due Process and if the defendants does owe the Plaintiff a duty the Plaintiff is therefore are entitled to discovery of additional facts before the case can be dismissed Washington v. Norton Manufacturing Co. 588 F. 2d 1441 (5th Cir. 1978) and Oppenheimer Fund Inc. v. Sanders 437 U.S. 340, 98 S. Ct. 238, 57 L.ed 2d. 1978).

## Prayer

  Wherefore, Premises Considered, Plaintiff Prays this Court to deny the defendants motion, and to Strike it from the Proceedings as violate of this Court order of Oct. 30, 2006, and Plaintiff Prays the Court to order the defendants to Produces the P.S.I report within 7 days or be held in contempt. In the alternative the Plaintiff Prays the Court to order the defendants to Produce the P.S.I. for In Camera inspection by the Court.

*Leander Calhoun*
Leander Calhoun
AIS# 198389-BearCat-4-Bed-38
Southern Louisiana Corr. Center
3843 Stagg Avenue
Basile, La. 70515

# Certificate of Service

I hereby certify that I have served a true and correct copy of the foregoing pleading on all defendants by placing the same in the U.S. mail first class postage pre-paid and properly correctly

Respectfully Submitted On this 14th day of Nov. 2006.

*Leander Calhoun*
Leander Calhoun #198389

William Searest
Executive Director
Al. Bd. of Pd and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Cynthia Dillard
Executive Director
Al. Bd. of Pd. and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Sidney T. Williams
Chairman
Al. Bd. of Pd. and Paroles
301 South Ripley St.
P.O. Box 302405
Montgomery, Al. 36130-2405

Carolyn Hack
Director of Board Operation
Al. Bd. of Pd. and Paroles
301 South Riple St.
P.O. Box 302405
Montgomery, Al. 36130-2405