IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-613-MEF |
| | ) |
| CYNTHIA DILLARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on November 17, 2006 (Court Doc. No. 33), which the court construes to contain a motion to strike the defendants' November 9, 2006 motion to vacate (Court Doc. No. 30), and for good cause, it is

ORDERED that the motion to strike be and is hereby DENIED.

Done this 20th day of November, 2006.

          /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE