**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 20, 2007

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:  Defendant Cynthia Dillard**
**Defendant Carolyn Flack**
**Defendant William Segrest**
**Defendant Sidney Williams**

**From:   Clerk's Office**

**Case Style:  Leander Calhoun v. Central Review Board, Department of Corrections, et al.**
**Case Number:   2:06-cv-613-MEF**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

**No corporate/conflict disclosure statement has been filed any of the defendants in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**