IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEANDER CALHOUN, #198389, ) | |
| ) | |
| Plaintiff, ) | |
| v.   ) | CASE NO. 2:06-cv-613-MEF |
| ) | WO |
| WILLIAM SEGREST, *et al.*, ) | |
| ) | |
| Defendants ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #41) to the Recommendation of the Magistrate Judge filed on March 4, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #40) filed on February 20, 2009 is adopted;

3. The defendants' motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 16th day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE